# JEFFREY A. BRONSTER, ESQ.
**ATTORNEY AT LAW**
**17 WENDELL PLACE**
**FAIRVIEW, NEW JERSEY 07022**

---

**(201) 945-2566**

**Facsimile:  (201) 945-2688**
**email:  jbronster@bronsterlaw.com**

MEMBER OF NEW JERSEY & NEW YORK BAR

February 18, 2023

Honorable Jose R. Almonte
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

           Re:    Han v. State Farm Fire and Casualty Co.
                  Civil Action No. 21-04219 (JXN-JRA)

Dear Judge Almonte:

      Following up on last weeks conference, the plaintiff hereby withdraws his opposition to State Farm's request for contractor documents relating to repair of Plaintiff's house. I will forward all documents that are obtainable, either directly from my clients or from the contractor, within 30 days of this letter; however, it is my hope that the production can be accomplished in a shorter period.

      Thank you for your courtesy in this matter.

                                          Respectfully yours,

                                          /s/ *Jeffrey A. Bronster*

                                          JEFFREY A. BRONSTER

cc:  All Counsel of Record (via PACER)