**WINDELS MARX LANE & MITTENDORF, LLP**
David F. Swerdlow, Esq. (dswerdlow@windelsmarx.com)
Amanda A. Meehan, Esq. (ameehan@windelsmarx.com)
120 Albany Street Plaza, 6th Floor
New Brunswick, New Jersey 08901
(732) 846-7600
Attorneys for Defendant
  State Farm Fire and Casualty Company

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PAUL HAN**, individually and on behalf of a class of similarly situated persons,<br><br>                              Plaintiff,<br><br>vs.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY**,<br><br>                              Defendant. | Civil Action No. 21-cv-04219 (JXN-JRA)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably resolved between all parties, it is hereby stipulated and agreed that the within action be and is hereby dismissed in its entirety with prejudice, and without costs to any party.

| | |
|---|---|
| **Jeffrey A. Bronster, Esq.**<br>Attorney for Plaintiff<br>  Paul Han<br><br>By: */s/ Jeffrey A. Bronster*<br>     Jeffrey A. Bronster<br><br>Dated: July 14, 2023 | **Windels Marx Lane & Mittendorf, LLP**<br>Attorneys for Defendant<br>  State Farm Fire and Casualty Company<br><br>By: */s/ David F. Swerdlow*<br>     David F. Swerdlow |

SO ORDERED, this 17th day of July, 2023:

_____
Honorable Julien X. Neals, U.S.D.J.